UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ANTHONY CARVER MCCLARN, }          CHAPTER 13
                                }
DEBTOR(S)                       }          CASE NO. A14-66521-BEM
                                }
                                }          JUDGE ELLIS-MONRO

**CHAPTER 13 TRUSTEE'S MOTION OBJECTING TO DISCHARGE**

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee in the above-styled matter, and files this Motion Objecting to Discharge, respectfully showing the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on August 25, 2014.  The Debtor filed a previous case, 14-52152, under Chapter 7 on February 3, 2014.  The Debtor received a discharge in that case on May 20, 2014.  Thus, pursuant to 11 U.S.C. Section 1328(f)(1) and F.R.B.P. 4004(a), it does not appear that the Debtor is eligible to receive a discharge in this case.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays:

(a)      for an order that denies discharge in this case; and

(b)      for any such further relief as the Court may deem just, necessary, and proper.

Respectfully submitted this 14th day of October, 2014.


_____/s/_____
Sonya M. Buckley
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ANTHONY CARVER MCCLARN, }          CHAPTER 13
                                }
DEBTOR(S)                       }          CASE NO. A14-66521-BEM
                                }
                                }          JUDGE ELLIS-MONRO

**NOTICE OF HEARING ON MOTION TO DENY DISCHARGE**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion Objecting to Discharge and related exhibits with the Court seeking an order denying discharge in this case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **November 18, 2014** at **11:00 a.m.** in **Courtroom 1402, United States Courthouse, 75 Spring Street, Atlanta, GA 30303**.

Your rights may affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, 75 Spring Street, Atlanta, Georgia 30303**. You must also mail a copy of your request to the undersigned at the address stated below.

_____/s/_____
Sonya M. Buckley
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

## <ins>CERTIFICATE OF SERVICE</ins>

This is to certify that I have this day served

DEBTOR(S):

Anthony Carver Mcclarn
4038 Boulder Vista Drive
Conley, GA 30288

ATTORNEY(S):

Law Office of CE Taylor
778 Rays Road
Suite 101
Stone Mountain, GA 30083

Guy Gebhardt
United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303

and all parties of interest on the attached creditor matrix

in the foregoing matter with a copy of this pleading by depositing same in the United States
Mail in a properly addressed envelope with adequate postage thereon.

This 14th day of October, 2014.


_____/s/_____
Sonya M. Buckley
Attorney for the Chapter 13 Trustee
GA Bar No. 140987


Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

A14-66521-BEM

Citizens Trust Bank
c/o Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092

Citizens Trust Bank
PO Box 4485
Atlanta, GA 30302

Loan Care Servicing
3637 Sentara Way, Suite 303
Virginia Beach, VA 23452

PNC Bank
c/o John D. Schlotter
Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

PNC Mortgage
PO Box 1820
Dayton, OH 45401

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com